HOUSING AUTHORITY OF THE CITY OF JERSEY CITY
v. ROBERT MALCOLM.

May 5, 1980.

Petition for certification is granted;  the judgment of the
Appellate Division is summarily reversed and the matter is

remanded to the Hudson County District Court for a plenary hearing.